UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————————

No. 26-2010
(1:26-cv-00274-LMB-WEF)

—————————————

SHIWA NAHADI; SHIWA NAHADI, as representative for the estate of estate of
Omer Mahmoudzadeh; TARA MAHMOUDZADEH; LOMMIE BLACKMON;
CYNTHIA HARMON; TONI ALEXANDER; BROCK JOHNSON; AHMED
ALSAGAR; SHANERRIA BARBER; PATRICK BEN; BADEKEMI
BILADJETAN; EINREB BISMANOS; JULIUS BRISCO; MELISSA BRISCO;
T.B., by and through his next friend Julius Brisco; J.M., by and through his next
friend Melissa Brisco; ALI BROWN; TIMOTHY BROWN; JAMES CARSON;
MACKENZIE KAMMERER; JARON CARTER; OLIVIA CARTER; J.C., by
and through her next friend Jaron Carter; THOMAS CAUDILL; ADRIENNE
CAUDILL; L.H.C., by and through her next friend Jaron Carter; O.C., by and
through her next friend Jaron Carter; R.C., by and through her next friend Jaron
Carter; DOLPHISE COLOMB; M.W., by and through his next friend Dolphise
Colomb; NECOLLIER DANIELS; SARAH DANIELS; C.N.D, by and through
his next friend Necollier Daniels; C.T.D, by and through his next friend Necollier
Daniels; JACOB DEER; SAMANTHA DEER; J.A.D., by and through his next
friend Jacob Deer; J.C.D., by and through his next friend Jacob Deer; COREY
FAUCETT; THOMAS FELDSCHNEIDER; COURTNEY FELDSCHNEIDER;
J.F., by and through his next friend Thomas Feldschneider; JULIE FERGUSON;
MITCHELL FERGUSON; MIGUEL FIGUEROA; AARON FUTRELL;
STEVEN GARRETT; HEATHER GARRETT; S.G., by and through his next
friend Steven Garrett; BRANDON GODWIN; DUSTIN GRAHAM; MALISSA
GRAHAM; H.G., by and through her next friend Dustin Graham; STEPHEN
GREEN; MENTORIA GREEN; A.G., by and through his next friend Stephon
Green; S.G., by and through his next friend Stephon Green; NATHAN GROSSE;
BRETT GUSTAFSON; AMANDA GUSTAFSON; L.G., by and through his next
friend Brett Gustafson; GEOFFREY HANSEN; ALLIE HANSEN; KENDRA
HAWKINS; JOHN HERGERT; ALYSSA HERGERT; C.H., by and through his
next friend John Hergert; COSTIN HERWIG; JENNIFER DEAVER; J.H., by and
through his next friend Costin Herwig; J.B.R.D., by and through his next friend
Jennifer Deaver; J.M.D., by and through his next friend Jennifer Deaver;

BRANDON HITCHINGS; SUZANNE HODGES; BYRON HOGAN; KERRY HOWARD; ANDREW JENKINS; MEGAN JENKINS; A.J., by and through her next friend Andrew Jenkins; S.J., by and through her next friend Andrew Jenkins; P.J.; ALAN JOHNSON; TERI LARSON-JOHNSON; J.J., by and through his next friend Alan Johnson; CARLY MESSMAN; ABBY SIGURDSON; SAMUEL SIGURDSON; TREMAYNE JOINER; ROBERT JONES; DAUNTE KELLER; ALEXANDER KNOWLES; DAINE KVASAGER; C.K., by and through his next friend Daine Kvasager; R.K.; REBECCA KVASAGER; L.K., by and through her next friend Rebecca Kvasager; KENNETH LEWIS; TAMMY SENECAL-LEWIS; K.L., by and through her next friend Kenneth Lewis; R.L., by and through her next friend Kenneth Lewis; R.A.L., by and through her next friend Kenneth Lewis; TAVERA GREEN; DENNIS LICON; LEIGHTON LIM; DEANNA LUCCHESI; JOSHUA LUCCHESI; ANASTASIA LUCCHESI; H.L., by and through her next friend Deanna Lucchesi; Z.L., by and through her next friend Deanna Lucchesi; JOHN MAGEE; MAZIN MAHDI; DARIUS MARTIN; AMANDA MARTIN; M.M., by and through his next friend Darius Martin; DARLINA MARTIN; CAYLEIGH MARTIN; ARMAMDO MARTINEZ, IV; ISAAC MARTZ; TORRIN MCDOUGLE; PHILLIP MENDOZA; MELCHI MENDOZA; ALEXANDER MENDOZA; ZACHARY MERRILL; CAROLINA MERRILL; C.M., by and through her next friend Zachary Merrill; JULIAN MITCHELL; JAMES MORGAN; SARAH MORGAN; C.M., by and through her next friend James Morgan; RYAN NOLAN; BRITTANY NORFLEET; ANTHONY SHAPPY; A.S.; K.S.; JOSE ORTIZ; ANTHONY PANCHOO; ALEXIS PANCHOO; A.P., by and through her next friend Anthony Panchoo; ZACHARY PARKER; CARLOS PORRIES, JR.; K.L.P, by and through her next friend Carlos Porres Jr.; MICHAEL PRIDGEON; REBECCA PRIDGEON; A.P., by and through her next friend Michael Pridgeon; MILLS PRIDGEON; T.P., by and through his next friend Michael Pridgeon; PATRICIA PURANDA; RACHEL QUINN; FRANCINE RIOS; FRANCINE RIOS, as representative for the estate of Estate of Jason Quitugua II; KAEDINN QUITUGUA; MCKENZIE-JAE QUITUGUA; SUMMER QUITUGUA; RODNEY RAGIN; NILSA RIVERA-VILLEGAS; MASON SCARBROUGH; JACOB SCHMIDT; JARON SCHNEIDER; ASHLEY SCHNEIDER; COLLIN SHEPARD; KAITLIN SHEPARD; FREDERICK SHILKE; STEPHANIE SHILKE; W.S., by and through his next friend Frederick Shilke; M.C.R., by and through his next friend Stephanie Shilke; M.D.R., by and through her next friend Stephanie Shilke; MICHAEL SMITH; CORISIA SMITH; A.S., by and through her next friend Michael Smith; A.D., by and through her next friend Corisia Smith; GREGORY SORENSEN; HUGH SPEARS, JR.; BRANDON SOEARS; JOHNATHAN STARK; KEVIN STEVENS; CASEY STEVENS; DOLORES SYRELL; WILLIAM TABER; DAGMAR TABER; LOUIS PALLA; SAMIRA PALLA;

A.T., by and through her next friend William Taber; NICOLAUS TRIVELPIECE; SANDRO VICENTE; LUIS VILLEGAS; HAILEY WEBSTER; JOHN GOETZ; JEREMY WINKLER; TYLA WINKLER; M.A.W., by and through his next friend Jeremy Winkler; M.I.W., by and through his next friend Jeremy Winkler; M.Z.W., by and through her next friend Jeremy Winkler; MASON WRIGHT; RAM ZAMEL

       Plaintiffs - Appellants

v.

BRITISH AMERICAN TOBACCO, PLC; BRITISH-AMERICAN TOBACCO MARKETING (SINGAPORE) PRIVATE LIMITED

       Defendants - Appellees

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:26-cv-00274-LMB-WEF |
| Date notice of appeal filed in originating court: | 07/24/2026 |
| Appellant(s) | SHIWA NAHADI; SHIWA NAHADI, as representative for the estate of estate of Omer Mahmoudzadeh; TARA MAHMOUDZADEH; LOMMIE BLACKMON; CYNTHIA HARMON; TONI ALEXANDER; BROCK JOHNSON; AHMED ALSAGAR; SHANERRIA BARBER; PATRICK BEN; BADEKEMI BILADJETAN; EINREB BISMANOS; JULIUS BRISCO; MELISSA BRISCO; T.B., by and through his next friend Julius Brisco; J.M., by and through his next friend Melissa Brisco; ALI BROWN; TIMOTHY BROWN; JAMES CARSON; MACKENZIE KAMMERER; JARON CARTER; OLIVIA CARTER; J.C., by and through her next friend Jaron Carter; THOMAS CAUDILL; ADRIENNE CAUDILL; L.H.C., by and through |

| | her next friend Jaron Carter; O.C., by and through her next friend Jaron Carter; R.C., by and through her next friend Jaron Carter; DOLPHISE COLOMB; M.W., by and through his next friend Dolphise Colomb; NECOLLIER DANIELS; SARAH DANIELS; C.N.D, by and through his next friend Necollier Daniels; C.T.D, by and through his next friend Necollier Daniels; JACOB DEER; SAMANTHA DEER; J.A.D., by and through his next friend Jacob Deer; J.C.D., by and through his next friend Jacob Deer; COREY FAUCETT; THOMAS FELDSCHNEIDER; COURTNEY FELDSCHNEIDER; J.F., by and through his next friend Thomas Feldschneider; JULIE FERGUSON; MITCHELL FERGUSON; MIGUEL FIGUEROA; AARON FUTRELL; STEVEN GARRETT; HEATHER GARRETT; S.G., by and through his next friend Steven Garrett; BRANDON GODWIN; DUSTIN GRAHAM; MALISSA GRAHAM; H.G., by and through her next friend Dustin Graham; STEPHEN GREEN; MENTORIA GREEN; A.G., by and through his next friend Stephon Green; S.G., by and through his next friend Stephon Green; NATHAN GROSSE; BRETT GUSTAFSON; AMANDA GUSTAFSON; L.G., by and through his next friend Brett Gustafson; GEOFFREY HANSEN; ALLIE HANSEN; KENDRA HAWKINS; JOHN HERGERT; ALYSSA HERGERT; C.H., by and through his next friend John Hergert; COSTIN HERWIG; JENNIFER DEAVER; J.H., by and through his next friend Costin Herwig; J.B.R.D., by and through his next friend Jennifer Deaver; J.M.D., by and through his next friend Jennifer Deaver; BRANDON HITCHINGS; SUZANNE HODGES; BYRON HOGAN; KERRY HOWARD; ANDREW JENKINS; MEGAN JENKINS; A.J., by and through her next friend Andrew Jenkins; S.J., by and through her next friend Andrew Jenkins; P.J.; ALAN JOHNSON; |
| --- | --- |

| | TERI LARSON-JOHNSON; J.J., by and through his next friend Alan Johnson; CARLY MESSMAN; ABBY SIGURDSON; SAMUEL SIGURDSON; TREMAYNE JOINER; ROBERT JONES; DAUNTE KELLER; ALEXANDER KNOWLES; DAINE KVASAGER; C.K., by and through his next friend Daine Kvasager; R.K.; REBECCA KVASAGER; L.K., by and through her next friend Rebecca Kvasager; KENNETH LEWIS; TAMMY SENECAL-LEWIS; K.L., by and through her next friend Kenneth Lewis; R.L., by and through her next friend Kenneth Lewis; R.A.L., by and through her next friend Kenneth Lewis; TAVERA GREEN; DENNIS LICON; LEIGHTON LIM; DEANNA LUCCHESI; JOSHUA LUCCHESI; ANASTASIA LUCCHESI; H.L., by and through her next friend Deanna Lucchesi; Z.L., by and through her next friend Deanna Lucchesi; JOHN MAGEE; MAZIN MAHDI; DARIUS MARTIN; AMANDA MARTIN; M.M., by and through his next friend Darius Martin; DARLINA MARTIN; CAYLEIGH MARTIN; ARMAMDO MARTINEZ, IV; ISAAC MARTZ; TORRIN MCDOUGLE; PHILLIP MENDOZA; MELCHI MENDOZA; ALEXANDER MENDOZA; ZACHARY MERRILL; CAROLINA MERRILL; C.M., by and through her next friend Zachary Merrill; JULIAN MITCHELL; JAMES MORGAN; SARAH MORGAN; C.M., by and through her next friend James Morgan; RYAN NOLAN; BRITTANY NORFLEET; ANTHONY SHAPPY; A.S.; K.S.; JOSE ORTIZ; ANTHONY PANCHOO; ALEXIS PANCHOO; A.P., by and through her next friend Anthony Panchoo; ZACHARY PARKER; CARLOS PORRIES, JR.; K.L.P, by and through her next friend Carlos Porres Jr.; MICHAEL PRIDGEON; REBECCA PRIDGEON; A.P., by and through her next friend Michael Pridgeon; MILLS PRIDGEON; T.P., by and through his next friend Michael Pridgeon; |
|---|---|

| | |
|---|---|
| | PATRICIA PURANDA; RACHEL QUINN; FRANCINE RIOS; FRANCINE RIOS, as representative for the estate of Estate of Jason Quitugua II; KAEDINN QUITUGUA; MCKENZIE-JAE QUITUGUA; SUMMER QUITUGUA; RODNEY RAGIN; NILSA RIVERA-VILLEGAS; MASON SCARBROUGH; JACOB SCHMIDT; JARON SCHNEIDER; ASHLEY SCHNEIDER; COLLIN SHEPARD; KAITLIN SHEPARD; FREDERICK SHILKE; STEPHANIE SHILKE; W.S., by and through his next friend Frederick Shilke; M.C.R., by and through his next friend Stephanie Shilke; M.D.R., by and through her next friend Stephanie Shilke; MICHAEL SMITH; CORISIA SMITH; A.S., by and through her next friend Michael Smith; A.D., by and through her next friend Corisia Smith; GREGORY SORENSEN; HUGH SPEARS, JR.; BRANDON SOEARS; JOHNATHAN STARK; KEVIN STEVENS; CASEY STEVENS; DOLORES SYRELL; WILLIAM TABER; DAGMAR TABER; LOUIS PALLA; SAMIRA PALLA; A.T., by and through her next friend William Taber; NICOLAUS TRIVELPIECE; SANDRO VICENTE; LUIS VILLEGAS; HAILEY WEBSTER; JOHN GOETZ; JEREMY WINKLER; TYLA WINKLER; M.A.W., by and through his next friend Jeremy Winkler; M.I.W., by and through his next friend Jeremy Winkler; M.Z.W., by and through her next friend Jeremy Winkler; MASON WRIGHT; RAM ZAMEL |
| Appellate Case Number | 26-2010 |
| Case Manager | P. Ballard<br>804-916-2702 |