UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

## DISCLOSURE STATEMENT

- In civil, agency, bankruptcy, and mandamus cases, a disclosure statement must be filed by **all** parties, with the following exceptions: (1) the United States is not required to file a disclosure statement; (2) an indigent party is not required to file a disclosure statement; and (3) a state or local government is not required to file a disclosure statement in pro se cases. (All parties to the action in the district court are considered parties to a mandamus case.)
- In criminal and post-conviction cases, a corporate defendant must file a disclosure statement.
- In criminal cases, the United States must file a disclosure statement if there was an organizational victim of the alleged criminal activity. (See question 7.)
- Any corporate amicus curiae must file a disclosure statement.
- Counsel has a continuing duty to update the disclosure statement.

No. 26-2010 Caption: Shiwa Nahadi v. British American Tobacco, PLC

Pursuant to FRAP 26.1 and Local Rule 26.1,

Shiwa Nahadi, et al. (full list attached)
(name of party/amicus)

______________________________________________

who is appellants, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity? ☐ YES ☑ NO

2. Does party/amicus have any parent corporations? ☐ YES ☑ NO
If yes, identify all parent corporations, including all generations of parent corporations:

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity? ☐ YES ☑ NO
If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☑ YES ☐ NO
If yes, identify entity and nature of interest:

Defendant-appellee British American Tobacco

5. Is party a trade association? (amici curiae do not complete this question) ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding? ☐ YES ☑ NO
If yes, the debtor, the trustee, or the appellant (if neither the debtor nor the trustee is a party) must list (1) the members of any creditors' committee, (2) each debtor (if not in the caption), and (3) if a debtor is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of the debtor.

7. Is this a criminal case in which there was an organizational victim? ☐ YES ☑ NO
If yes, the United States, absent good cause shown, must list (1) each organizational victim of the criminal activity and (2) if an organizational victim is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of victim, to the extent that information can be obtained through due diligence.

Signature: /s/Tejinder Singh Date: August 10, 2026

Counsel for: Plaintiffs-appellants



Print to PDF for Filing

## Complete List of Plaintiffs-Appellants

SHIWA NAHADI individually, and as representative for the estate of ESTATE OF OMER MAHMOUDZADEH

TARA MAHMOUDZADEH

LOMMIE BLACKMON

CYNTHIA HARMON

TONI ALEXANDER

BROCK JOHNSON

AHMED ALSAGAR

SHANERRIA BARBER

PATRICK BEN

BADEKEMI BILADJETAN

EINREB BISMANOS

JULIUS BRISCO

MELISSA BRISCO

T.B. by and through his next friend Julius Brisco

J.M. by and through his next friend Melissa Brisco

ALI BROWN

TIMOTHY BROWN

JAMES CARSON

MACKENZIE KAMMERER

JARON CARTER

OLIVIA CARTER

J.C. by and through her next friend Jaron Carter

THOMAS CAUDILL

ADRIENNE CAUDILL

L.H.C. by and through his next friend Thomas Caudill

L.T.C. by and through his next friend Thomas Caudill

O.C. by and through his next friend Thomas Caudill

R.C. by and through her next friend Thomas Caudill

DOLPHISE COLOMB

M.W. by and through his next friend Dolphise Colomb

NECOLLIER DANIELS

SARAH DANIELS

C.N.D. by and through his next friend Necollier Daniels

C.T.D. by and through his next friend Necollier Daniels

JACOB DEER

SAMANTHA DEER

J.A.D. by and through his next friend Jacob Deer

J.C.D. by and through his next friend Jacob Deer

COREY FAUCETT

THOMAS FELDSCHNEIDER

COURTNEY FELDSCHNEIDER

J.F. by and through his next friend Thomas Feldschneider

JULIE FERGUSON

MITCHELL FERGUSON

MIGUEL FIGUEROA

AARON FUTRELL

STEVEN GARRETT

HEATHER GARRETT

S.G. by and through his next friend Steven Garrett

BRANDON GODWIN

DUSTIN GRAHAM

MALISSA GRAHAM

H.G. by and through her next friend Dustin Graham

STEPHON GREEN

MENTORIA GREEN

A.G. by and through his next friend Stephon Green

S.G. by and through her next friend Stephon Green

NATHAN GROSSE

BRETT GUSTAFSON

AMANDA GUSTAFSON

L.G. by and through his next friend Brett Gustafson

GEOFFREY HANSEN

ALLIE HANSEN

KENDRA HAWKINS

JOHN HERGERT

ALYSSA HERGERT

C.H. by and through his next friend John Hergert

COSTIN HERWIG

JENNIFER DEAVER

J.H. by and through his next friend Costin Herwig

J.B.R.D. by and through his next friend Jennifer Deaver

J.M.D. by and through his next friend Jennifer Deaver

BRANDON HITCHINGS

SUZANNE HODGES

BYRON HOGAN

KERRY HOWARD

ANDREW JENKINS

MEGAN JENKINS

A.J. by and through her next friend Andrew Jenkins

S.J. by and through her next friend Andrew Jenkins

P.J. by and through his next friend Andrew Jenkins

ALAN JOHNSON

TERI LARSON-JOHNSON

J.J. by and through his next friend Alan Johnson

CARLY MESSMAN

ABBY SIGURDSON

SAMUEL SIGURDSON

TREMAYNE JOINER

ROBERT JONES

DAUNTE KELLER

ALEXANDER KNOWLES

DAINE KVASAGER

C.K. by and through his next friend Daine Kvasager

R.K. by and through his next friend Daine Kvasager

REBECCA KVASAGER

L.K. by and through her next friend Rebecca Kvasager

KENNETH LEWIS

TAMMY SENECAL-LEWIS

K.L. by and through her next friend Kenneth Lewis

R.L. by and through her next friend Kenneth Lewis

R.A.L. by and through his next friend Kenneth Lewis

TAVERA GREEN

DENNIS LICON

LEIGHTON LIM

DEANNA LUCCHESI

JOSHUA LUCCHESI

ANASTASIA LUCCHESI

H.L. by and through her next friend Deanna Lucchesi

Z.L. by and through her next friend Deanna Lucchesi

JOHN MAGEE

MAZIN MAHDI

DARIUS MARTIN

AMANDA MARTIN

M.M. by and through his next friend Darius Martin

DARLINA MARTIN

CAYLEIGH MARTIN

ARMANDO MARTINEZ IV

ISAAC MARTZ

TORRIN MCDOUGLE

PHILLIP MENDOZA

MELCHI MENDOZA

ALEXANDER MENDOZA

ZACHARY MERRILL

CAROLINA MERRILL

C.M. by and through her next friend Zachary Merrill

JULIAN MITCHELL

JAMES MORGAN

SARAH MORGAN

C.M. by and through her next friend James Morgan

RYAN NOLAN

BRITTANY NORFLEET

ANTHONY SHAPPY

A.S. by and through her next friend Brittany Norfleet

K.S. by and through her next friend Brittany Norfleet

JOSE ORTIZ

ANTHONY PANCHOO

ALEXIS PANCHOO

A.P. by and through her next friend Anthony Panchoo

ZACHARY PARKER

CARLOS PORRES JR.

K.L.P. by and through her next friend Carlos Porres Jr.

K.R.P. by and through her next friend Carlos Porres Jr.

MICHAEL PRIDGEON

REBECCA PRIDGEON

A.P. by and through her next friend Michael Pridgeon

MILLS PRIDGEON

T.P. by and through his next friend Michael Pridgeon

PATRICIA PURANDA

RACHEL QUINN

FRANCINE RIOS individually, and as representative for the estate of ESTATE OF JASON QUITUGUA II

KAEDINN QUITUGUA

MCKENZIE-JAE QUITUGUA

SUMMER QUITUGUA

RODNEY RAGIN

NILSA RIVERA-VILLEGAS

MASON SCARBROUGH

JACOB SCHMIDT

JARON SCHNEIDER

ASHLEY SCHNEIDER

COLLIN SHEPARD

KAITLIN SHEPARD

FREDERICK SHILKE

STEPHANIE SHILKE

W.S. by and through his next friend Frederick Shilke

M.C.R. by and through his next friend Stephanie Shilke

M.D.R. by and through her next friend Stephanie Shilke

MICHAEL SMITH

CORISIA SMITH

A.S. by and through her next friend Michael Smith

A.D. by and through her next friend Corisia Smith

GREGORY SORENSEN

HUGH SPEARS JR.

BRANDON SPEARS

JOHNATHAN STARK

KEVIN STEVENS

CASEY STEVENS

DOLORES SYRELL

WILLIAM TABER

DAGMAR TABER

LOUIS PALLA

SAMIRA PALLA

A.T. by and through her next friend William Taber

NICOLAUS TRIVELPIECE

SANDRO VICENTE

LUIS VILLEGAS

HAILEY WEBSTER

JOHN GOETZ

JEREMY WINKLER

TYLA WINKLER

M.A.W. by and through his next friend Jeremy Winkler

M.I.W. by and through his next friend Jeremy Winkler

M.Z.W. by and through her next friend Jeremy Winkler

MASON WRIGHT

RAM ZAMEL